**Richard Sontag, Esq. (State Bar Number 108657)**
**RUZICKA & WALLACE, LLP**
16520 Bake Parkway, Suite 280
Irvine, CA 92618
Telephone: (949) 759-1080
Facsimile: (949) 759-6813

Attorneys for Plaintiff, **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2004-4**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2004-4,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PHILIP RILEY, RICHARD BURILL, JOYCE WILSON, GLEN KUDER; and DOES 1 to 20, inclusive,<br><br>　　　　Defendants.<br>_____ | Case No.: 2:12-cv-00761-MCE-JFM<br><br>State Case No.: YKCVF1 12-00224<br><br>**ORDER SHORTENING TIME**<br><br>JUDICIAL OFFICER: HON. MORRISON C. ENGLAND |

　　Having read and considered the Ex Parte Application of Plaintiff, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2004-4 ("Plaintiff"), for and Order Shortening Time on its Motion to Remand, and good cause having been found,

1    IT IS HEREBY ORDERED THAT Plaintiff's Ex Parte Application to Shorten Time is hereby GRANTED.

The hearing on Plaintiff's Motion to Remand is hereby advanced to May 17, 2012 at 2:00 p.m. in Department 7 of the above-entitled Court located at 501 I Street, Sacramento, CA 95814.  Any Opposition papers shall be filed and served no later than Friday, May 11, 2012..  Any Reply papers shall be filed and served no later than May 15, 2012.

Plaintiff shall serve this Order upon Defendant(s) no later than May 8, 2012.

Service of this Order, the Opposition papers and the Reply papers may be made by personal delivery, facsimile transmission or overnight mail.

IT IS SO ORDERED.

Dated: May 8, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE